UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LORENZA CREWS,<br><br>    Petitioner,<br><br> v.<br><br>JEFFEREY PERKINS,<br><br>    Respondent. | CASE NO. C24-5714 BHS<br><br>ORDER |

  THIS MATTER is before the Court on pro se petitioner Crews's motion for leave to appeal *in forma pauperis*, Dkt. 20. Crews initially sought to proceed *in forma pauperis*, Dkt. 1, but paid the filing fee two weeks later. The Court adopted Magistrate Judge Fricke's R&R and dismissed Crews' § 2254 habeas petition as untimely. Dkt. 17. Crews appealed, and now seeks permission to do so *in forma pauperis.* Dkt. 20.

  His motion asserts that an affidavit in support of his application is attached to his motion, Dkt. 20 at 1, but no such affidavit is attached. His initial application included a prison trust account showing an average spendable balance of $279.58. Dkt. 1 at 6.

  Even if Crews is indigent, *in forma pauperis* status also requires the petitioner to state a plausible claim, or make a showing that there is some potential merit to the appeal.

ORDER - 1

1  *See* 28 U.S.C. § 1915(a)(3) (an appeal may not be taken *in forma pauperis* if the trial
2  court certifies in writing that it is not taken in good faith.).
3      The Court cannot conclude that Crews's appeal is taken in good faith because it
4  does not have merit. *See* R&R, Dkt. 15, explaining why Crews's petition is untimely.
5      Crews's motion to appeal *in forma pauperis*, Dkt. 20, is **DENIED**. The case
6  remains closed.
7      **IT IS SO ORDERED**.
8      Dated this 26th day of February, 2025.

BENJAMIN H. SETTLE
United States District Judge